IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| REGINALD MCCLAIN, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:09-CR-12 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

    Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff in this Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (Doc. 119.) In the Recommendation, Judge Langstaff recommends that Court grant Petitioner Reginald McClain's motion to vacate. Judge Langstaff reasons that the United States concedes that McClain should be resentenced in light of the Fair Sentencing Act of 2010 (FSA) and *United States v. Dorsey*, 132 S. Ct. 2321 (2012). Neither party has objected to the Recommendation.

    Therefore, upon full review and consideration of the record, the Court finds that Judge Langstaff's Recommendation should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. The Motion to Vacate (Doc. 114) is **GRANTED**. McClain's sentence is hereby **VACATED**. The Probation Office is **HEREBY DIRECTED** to prepare a new Presentence Investigation Report ("PSI") in accordance with the FSA's revised guidelines. Upon receipt of the completed PSI, the Court will promptly set a hearing date for Petitioner to be resentenced. Petitioner shall remain in the custody of the Federal Bureau of Prisons (and/or the United States Marshals Service) pending his resentencing hearing, when the Clerk of Court will writ the Petitioner back to the Middle District of Georgia.

[*date and signature on following page*]

**SO ORDERED**, this ____9th____ day of July, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**