✎GAM 35
(Rev. 2/06)

## Report and Order Terminating Probation
## Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**REGINALD MCCLAIN**

Crim. No.    1:09CR00012-001(WLS)

Reginald McClain has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and it appears he is no longer in need of supervision. It is accordingly recommended that Reginald McClain should be discharged from supervision.

Respectfully submitted,

*Shaderricka Williams*

Shaderricka D. Williams
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___23rd___ day of ___February___, 2026.

*W. Louis Sands*

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE